VISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

No. 99–525. ALBERT v. CITY OF SPARKS ET AL., *ante,* p. 968;
No. 99–529. TALYANSKY v. XEROX CORP. ET AL., *ante,* p. 1020;
No. 99–533. PARKER v. UNITED STATES AIR FORCE ET AL., *ante,* p. 1020;
No. 99–583. EMERSON v. DELTA AIRLINES, INC., ET AL., *ante,* p. 1022;
No. 99–5386. WILEY v. UNITED STATES, *ante,* p. 1006;
No. 99–5860. GILBERT v. FLORIDA, *ante,* p. 970;
No. 99–6164. ROMNEY v. DISESSA ET AL., *ante,* p. 1007;
No. 99–6462. BAKER v. TOLEDO BOARD OF EDUCATION, *ante,* p. 1010; and
No. 99–6468. ROBERTS v. WARD, WARDEN, *ante,* p. 1050. Petitions for rehearing denied.

No. 98–1837. DIETTRICH v. NORTHWEST AIRLINES, INC., *ante,* p. 813; and
No. 98–9986. DUA v. UNITED STATES ET AL., *ante,* p. 864. Motions for leave to file petitions for rehearing denied.

### JANUARY 20, 2000

No. 99–7845 (99A589). HICKS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

### JANUARY 21, 2000

No. 98–829. FLORIDA DEPARTMENT OF CORRECTIONS v. DICKSON ET AL. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing